MAYELL vs. FOLLETT.

*Bail* have *eight days in full term*, in which to surrender their principal, whether the suit against them be commenced by *declaration* or *capias*.

The plaintiff, however, may proceed in his suit against the bail subject to the right of the bail to surrender their principal, and be discharged, on payment of costs.

MOTION for relief of bail. During the last *January* term of this court the plaintiff commenced a suit against the defendant, on a *recognizance of bail*. The defendant had only *seven days* after the service of the declaration in the two first weeks of term, within which to surrender the principal, but did not avail himself of that privilege; the plaintiff proceeded in the suit, obtained judgment against the bail, and issued an execution. The defendant now moves to set aside the proceedings of the plaintiff as *irregular*, and if such motion be refused, then to be relieved on terms.

*By the Court*, SUTHERLAND, J.   The proceedings of the plaintiff have been regular; he had a right to proceed in his suit, obtain judgment and issue execution, subject however to the right of the defendant to surrender his principal, *within eight days in full term*; who, on doing so, and paying the costs of the suit against him, is entitled to be discharged from his responsibility. Notwithstanding the filing and service of a *declaration* under the provisions of the revised statutes is equivalent, in many respects, to the commencement of a suit by *capias*, the *eight days* allowed, *ex gratia*, to bail to surrender, are the same

*ALBANY,*
Feb. 1832.

Mayell
v.
Follett.

February 23.

ALBANY,
Feb. 1832.

as they were under the former practice ; the bail has *eight days in full term* to surrender the principal. In this case during the last *January* term, the bail had but *seven days*, consequently he has *one day* in the next *May* term, in which he may surrender his principal ; and on doing so, and paying the costs of the suit against him, he is entitled to have an *exoneretur* entered on the bail piece. Let, therefore, the proceedings be stayed ; and if, on the first day of the next May term, the principal is surrendered, and the costs of this suit paid, the judgment and execution against the defendant will be set aside.